IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* MICHAEL R. JONES, M.D., *et al.*, | ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) Civil Action No. 11-CV-81-GFVT ) **FILED UNDER SEAL** ) |
| ST. JOSEPH HEALTH SYSTEM, INC., *et al.* | ) ) ) |
| **Defendants.** | ) ) ) |

**THE GOVERNMENT'S NOTICE OF ELECTION TO INTERVENE
IN PART AND TO DECLINE TO INTERVENE IN PART**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court of its decision to intervene in part of this action and to decline to intervene in part of this action, as follows.

1. The United States **intervenes** in this action for purposes of settlement with Saint Joseph Health System, Inc. d/b/a Saint Joseph London and SJL Physician Management Services, Inc. (collectively, "SJL"). Upon execution of the settlement agreement and SJL's full payment of the settlement amount, the United States and the Relators will dismiss with prejudice all claims asserted against SJL in the Relators' Amended Complaint.

2. The United States **intervenes** for purposes of litigation against Medical Specialists of Kentucky, PSC, Cumberland Clinic PLLC, Heart Clinic of Kentucky PSC, Satyabrata Chatterjee, M.D., and Ashwini Anand, M.D. in those parts of this action which allege that Defendants (1) knowingly submitted or caused the submission of false claims to federal

health care programs for medically unnecessary diagnostic catheterizations, coronary stents, coronary artery bypass graft surgeries ("CABGS"), and pacemakers; and (2) knowingly submitted or caused the submission of false claims to federal health care programs tainted by financial relationships that violated the Stark Law, 42 U.S.C. § 1395nn, and/or the Anti-Kickback Statute, 42 U.S.C. § 1320a-7b. *See* R. 16, Amended Complaint, ¶¶ 68-91, 96-101.

3. The United States **declines to intervene** in this action against the remaining parties named, and the remaining allegations made in the Relators' Amended Complaint.

The United States seeks permission to file its Complaint in Intervention within 120 days. Although the United States declines to intervene in a portion of the action, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the Relators to maintain the declined portion of the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either the Relators or the Defendants propose that the part of the action in which the United States has not intervened be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action, even as to the non-intervened part of this action, be served upon the United States; the United States also requests that all orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts and to intervene in the portion of this action in which it is declining to intervene today, for good cause, at a later date.

The United States reserves the right to seek the dismissal of the Relators' action or claim on any appropriate grounds, including under 31 U.S.C. §§ 3730(b)(5) and (e)(4).

Finally, the United States requests that the Relators' Complaint, Amended Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

KERRY B. HARVEY
United States Attorney

BY: _____
PAUL McCAFFREY
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, KY  40507
Telephone:  (859) 685-4820
Fax:  (859) 233-2533
E-mail:  paul.mccaffrey@usdoj.gov

MICHAEL D. GRANSTON
TRACY L. HILMER
KAVITHA J. BABU
Attorneys, Civil Division
United States Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Telephone:  (202) 305-3941
Fax:  (202) 616-3085
E-mail:   Kavitha.J.Babu@usdoj.gov

DATED: _____