IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

Eastern District of Kentucky
**FILED**
APR 2 3 2014
AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* MICHAEL R. JONES, M.D., *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | Civil Action No. 11-CV-81-GFVT |
| ST. JOSEPH HEALTH SYSTEM, INC., *et al.* | ) ) ) |
| Defendants. | ) ) ) |

## AGREED ORDER OF DISMISSAL

The parties having filed a Joint Stipulation of Dismissal of Claims Asserted Against Saint Joseph Health System, Inc. and SJL Physician Management Services, Inc. [R. 35], and the Court being sufficiently advised, it is hereby ORDERED that:

(1) All claims asserted by the Relators in the Relators' Amended Complaint against Saint Joseph Health System, Inc. ("SJHS") and SJL Physician Management Services, Inc. are dismissed with prejudice;

(2) All claims asserted, or that could have been asserted, by the United States against SJHS and SJL Physician Management Services, Inc. for the "covered conduct" as that term is defined in the Settlement Agreement between the United States, the Relators, and SJHS effective January 22, 2014, are dismissed with prejudice; and

(3) All claims asserted, or that could have been asserted, by the United States against SJHS and SJL Physician Management Services, Inc. based on conduct alleged in the Relators' Amended Complaint other than the "covered conduct" are dismissed without prejudice.

The foregoing dismissal of claims against SJHS and SJL Physician Management Services, Inc. does not affect or impair any claims asserted by the Relators in their Amended Complaint against any other Defendant, nor does it affect or impair any claims that may be asserted by the United States in its Complaint in Intervention.

This 23 day of April, 2014.

United States District Court